UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
                                     :
UNITED STATES OF AMERICA             :
                                     :   **ORDER**
        - v. -                       :
                                     :   20 Mag 8068
CARLOS FERNANDO MELO,                :
                                     :
                        Defendant.   :
                                     :
                                     :
- - - - - - - - - - - - - - - - - - X

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorney Jason A. Richman;

It is found that the Complaint and Arrest Warrant in the above-captioned action, 20 Mag. 8068, are currently sealed and the United States Attorney's Office has applied to have that Complaint and Arrest Warrant unsealed, it is therefore

ORDERED that the Complaint and Arrest Warrant, 20 Mag. 8068, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         May  10 , 2021

_____
UNITED STATES MAGISTRATE JUDGE